SEKOU K. THOMPSON # E165252
Name and Prisoner Booking Number

Correctional Training Facility
Place of Confinement

P.O. Box 705
Mailing Address

Soledad, California 93960
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

JUL 11 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

SEKOU K. THOMPSON                    )
(Full Name of Plaintiff)        Plaintiff,    )
                                                     )
                                                     )
v.                                                )    CASE NO. 1:22-CV-00848-HBK (PC)
                                                     )    (To be supplied by the Clerk)
(1) KATHLEEN ALLISON              )
(Full Name of Defendant)                      )
                                                     )
(2) WILLIAM J. SULLIVAN         )
                                                     )    CIVIL RIGHTS COMPLAINT
(3) U. Baniga                                )    BY A PRISONER
                                                     )    " JURY TRIAL DEMANDED "
(4)_____     )    ☑ Original Complaint
                    Defendant(s).            )    ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them    )    ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: California Correctional Institution

**RECEIVED**

JUL 11 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Revised 3/15/2016                           1

## B. DEFENDANTS

1.  Name of first Defendant: <u>Kathleen Allison</u>. The first Defendant is employed as:
    <u>Director of the State of California Department of Corrections</u> at <u>All</u>.
          (Position and Title)                (Institution)

2.  Name of second Defendant: <u>William J. Sullivan</u>. The second Defendant is employed as:
    <u>Warden</u> at <u>California Correctional Institution</u>.
          (Position and Title)                (Institution)

3.  Name of third Defendant: <u>U. Baniga</u>. The third Defendant is employed as:
    <u>Chief Physician & Surgeon</u> at <u>California Correctional Institution</u>.
          (Position and Title)                (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at _____.
          (Position and Title)                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☑ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: <u>N/A</u> v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____

    b.  Second prior lawsuit:
        1.  Parties: <u>N/A</u> v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____

    c.  Third prior lawsuit:
        1.  Parties: <u>N/A</u> v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Eight Amendment

2. **Claim I**. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☑ Other: Failure to protect
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts**. State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Kathleen Allison, and William J. Sullivan both forced Plaintiff to endure constant endangerment of life and well being with irreperable harm physically and mentally, via overcrowed prison conditions. Kathleen Allison, and William J. Sullivan, Californian Department of Corrections and Rehabilitation (CDCR) and California Correctional Institution (C.C.I) forced Plaintiff to fend for his self by not providing adequate PPE nor proper medical services in a high risk situation, leading to the irreperable harm that is still on going; As Chief Physician and Surgeon U. Baniga, M.D. of CCI Health Care Services failed to initiate appropriate treatment.

4. **Injury**. State how you were injured by the actions or inactions of the Defendant(s).

   Contracting Covid-19 and all of its symptoms (cough, nausea, Shortness of breath, difficulty breathing, fever, chills, Muscle pain, head aches, soar throat, loss of taste/smell, appite, memory etc etc....).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Claim II.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____

_____.

2.  **Claim III.** Identify the issue involved.  Check **only one.**  State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**

a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No

b.  Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No

c.  Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No

d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Monetary damages in the unspecified amount.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 5, th 2022_
DATE

_DaKou K. Thompson_
SIGNATURE OF PLAINTIFF

_N/A_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_N/A_
(Signature of attorney, if any)

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.