# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKOU K. THOMPSON,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHLEEN ALLISON, ET. AL.,<br><br>    Defendants. | Case No.  1:22-cv-00848-JLT-HBK (PC)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE<br><br>(Doc. 8) |

On August 18, 2022, the Court entered an order adopting the assigned magistrate judge's findings and recommendations, denied Plaintiff's motion to proceed in forma pauperis due to Plaintiff's inmate account balance being over $2,000.00, and directed Plaintiff to pay the $402.00 filing fee within 21 days of service of the order.  (Doc. 8 at 1–3.)  The Court warned Plaintiff that failure to comply and pay the filing fee would result in the dismissal of the action without prejudice.  On September 9, 2022, Plaintiff moved for an extension of time.  (Doc. 9.)  The Court granted Plaintiff's motion, permitting him 15 additional days to pay the requisite filing fee, making the fee due no later than September 27, 2022.  (Doc. 10.)  The Court reiterated that Plaintiff's failure to comply with the Order would result in a dismissal of the case pursuant to the August 18, 2022 Order.  (*Id*.)  The extended time has now lapsed, and Plaintiff has not paid the requisite filing fee. (*See* docket).

Accordingly, it is **ORDERED**:

1. Pursuant to the August 18, 2022 Order (Doc. 8), this action is **DISMISSED**, without prejudice, due to Plaintiff's failure to pay the filing fee.

2. The Clerk of Court shall terminate any pending motions/deadlines, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

Dated: __**November 14, 2022**__                    *Jennifer L. Thurston*
                                                             UNITED STATES DISTRICT JUDGE